## MARDIS V. THE STATE.

(Decided Dec. 8, 1910,)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

GEORGE P. ROBERTS, for appellant. ALEXANDER M. GARBER , Attorney General, for the State.

SIMPSON, J.—No bill of exceptions, no error of record. Affirmed.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.

---

## MORRIS V. GRISHAM.

(Decided Dec. 22, 1910.)

APPEAL from Limestone Circuit Court. .

Heard before Hon. D. W. SPEAKE.

W. R. WALKER, for appellant. ERLE PETTUS, for appellee.

Per curiam.—Settled by agreement.

---

## MOYERS V. GADSDEN BAPTIST CHURCH

(Decided Dec. 1, 1910.)

APPEAL from Gadsden City Court.

Heard before Hon. John H. Disque.

CULLI & MARTIN, for appellant. HOOD & MURPHREE, for appellee.

SIMPSON, J.—Affirmed on the facts.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.